**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| DESKTOP METAL, INC., *et al.*, | Case No. 25-90268 (CML) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF (A) DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING AND APPROVING THE PRIVATE SALE OF THE DEBTORS'
PURCHASED ASSETS AND PURCHASED EQUITY FREE AND CLEAR OF LIENS,
CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (II) GRANTING RELATED
RELIEF, (B) HEARING THEREON, AND (C) ANY ORDER WITH RESPECT THERETO**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On July 28, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed their *Emergency Motion for Entry of an Order (I) Authorizing and Approving the Private Sale of the Debtors' Purchased Assets and Purchased Equity Free and Clear of Liens, Claims, Encumbrances, and Interest, and (II) Granting Related Relief* (the "Sale Motion"),[2] concurrently herewith, with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") seeking entry of an order (the "Sale Order") (a) authorizing at an emergency first day hearing, the Debtors to enter into that certain Share and Asset Purchase Agreement, dated as of July 27, 2025 ( the "APA"), by and between the Debtors and Anzu Special Acquisition Corp II ("Buyer"), to sell certain of the Debtors' foreign subsidiaries and related U.S. assets to Buyer in a private sale for $10 million in cash free and clear of liens, claims, and encumbrances in accordance with the APA (such sale, the "Private Sale Transaction"); and (i) granting related relief.

A hearing will be conducted on this matter on July [__], 2025 at [__:__ _.m.] (prevailing Central Time) (the "Sale Hearing"). Participation at the hearing will only be permitted by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Adaptive3D LLC (3990); Adaptive 3D Technologies, LLC (5893); Beacon Bio, Inc. (9005); Brewer Tafla Dental Technologies, LLC (6452); Dental Arts Laboratories, Inc. (8905); Desktop Labs, Inc. (5344); Desktop Metal Operating, Inc. (7659); Desktop Metal Securities Corporation (9007); Desktop Metal, Inc. (4042); EnvisionTEC US LLC (2483); ExOne Americas LLC (3443); ExOne Operating, LLC (8851); Figur Machine Tools LLC (2489); Larry Brewer Dental Lab Inc. (0215); May Dental Arts, LLC (8558); and The Syzygy Memory Plastics Corp. (8063). The location of the Debtors' corporate headquarters and the Debtors' service address is: 63 Third Avenue, Burlington, MA 01803.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Sale Motion.

LA:4921-8496-9303.1 18041.00001

**IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED**

Copies of the (i) Sale Motion, any exhibits to the Sale Motion, (ii) a copy of the APA, and (iii) any Sale Order entered by the Bankruptcy Court (if any), as applicable, are available from the Debtor's claims and noticing agent's website at https://cases.ra.kroll.com/DesktopMetal, or via the QR Code below. Please be advised that Kroll cannot provide legal advice.



Dated:  July 28, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Benjamin L. Wallen*
Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (*pro hac vice* pending)
Gregory V. Demo (*pro hac vice* forthcoming)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
gdemo@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*