IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| DESKTOP METAL, INC., *et al.*, | Case No. 25-90268 (CML) |
| Debtors.[1] | (Joint Administration Requested) |

**DEBTORS' EMERGENCY MOTION FOR STATUS CONFERENCE**

> **Emergency relief has been requested.  Relief is requested not later than July 29, 2025.**
>
> **If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph.  Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move (this "Motion") for entry of an order substantially in the form attached hereto (the "Proposed Order"), setting a status conference in the above-referenced chapter 11 cases.  In support of this Motion, the Debtors respectfully represent as follows:

1. By this Motion, the Debtors respectfully request entry of the Proposed Order setting a non-evidentiary Status Conference by remote means only in these Chapter 11 Cases at the earliest opportunity of the Court.  The Debtors request this status conference for the reasons set forth in their *Emergency Motion for Entry of an Order (I) Authorizing and Approving the Private Sale of the Debtors' Purchased Assets and Purchased Equity Free and Clear of Liens, Claims, Encumbrances, and Interest, and (II) Granting Related Relief* [Docket No. 13] (the

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Adaptive3D LLC (3990); Adaptive 3D Technologies, LLC (5893); Beacon Bio, Inc. (9005); Brewer Tafla Dental Technologies, LLC (6452); Dental Arts Laboratories, Inc. (8905); Desktop Labs, Inc. (5344); Desktop Metal Operating, Inc. (7659); Desktop Metal Securities Corporation (9007); Desktop Metal, Inc. (4042); EnvisionTEC US LLC (2483); ExOne Americas LLC (3443); ExOne Operating, LLC (8851); Figur Machine Tools LLC (2489); Larry Brewer Dental Lab Inc. (0215); May Dental Arts, LLC (8558); and The Syzygy Memory Plastics Corp. (8063). The location of the Debtors' corporate headquarters and the Debtors' service address is: 63 Third Avenue, Burlington, MA 01803.

4938-7490-6969.1 18041.00001

"Private Sale Motion"). These chapter 11 cases are at a pivotal and delicate stage to preserve value for the Debtors' stakeholders and save approximately 800 jobs. Under these unique circumstances, the Debtors believe that urgent consideration of the facts and circumstances of these chapter 11 cases at a non-evidentiary status conference is in the best interests of their estates and stakeholders.

## CONCLUSION

**WHEREFORE**, the Debtors request that the Court enter the Proposed Order granting the relief requested herein and such other and further relief as may be just and proper under the circumstances.

Dated: July 29, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/  Benjamin L. Wallen*
Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (admitted *pro hac vice*)
Gregory V. Demo (*pro hac vice* pending)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
gdemo@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## **Certificate of Service**

I certify that on July 29, 2025, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen