IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DESKTOP METAL, INC., *et al.*, | § | Case No. 25-90268 (CML) |
| | § | |
| Debtors.<sup>1</sup> | § | (Jointly Administered) |
| | § | |

**STATEMENT AND RESERVATION OF RIGHTS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' SALE MOTION**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned proposed counsel, hereby files this reservation of rights (this "Reservation of Rights") in connection with the *Debtors' Emergency Motion for Entry of Orders (A)(I) Approving Bidding Procedures for Sale of Debtors Assets, (II) Scheduling Certain Dates With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, and (IV) Approving Contract Assumption and Assignment Procedures; (B) Approving (I) Sale of Remaining Assets Free and Clear of all Liens, Claims, Encumbrances, and Other Interests, and (II) Assumption and Assignment of Certain Contracts and Leases; and (C) Granting Related Relief* (Docket No. 61) (the "Sale Motion").[2] In support of this Reservation of Rights, the Committee respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Adaptive3D LLC (3990); Adaptive 3D Technologies, LLC (5893); Beacon Bio, Inc. (9005); Brewer Tafla Dental Technologies, LLC (6452); Dental Arts Laboratories, Inc. (8905); Desktop Labs, Inc. (5344); Desktop Metal Operating, Inc. (7659); Desktop Metal Securities Corporation (9007); Desktop Metal, Inc. (4042); EnvisionTEC US LLC (2483); ExOne Americas LLC (3443); ExOne Operating, LLC (8851); Figur Machine Tools LLC (2489); Larry Brewer Dental Lab Inc. (0215); May Dental Arts, LLC (8558); and The Syzygy Memory Plastics Corp. (8063). The location of the Debtors' corporate headquarters and the Debtors' service address is: 63 Third Avenue, Burlington, MA 01803.

[2] Capitalized terms used but not otherwise defined in this Reservation of Rights have the meanings ascribed to such terms in the Sale Motion.

## STATEMENT AND RESERVATION OF RIGHTS

1.      These chapter 11 cases are moving at an extraordinary pace. The Committee was appointed on August 6, 2025, by which point a sale of the Debtors' foreign subsidiaries was approved and Bidding Procedures for the Debtors' remaining assets were established. Thereafter, the Committee selected Lowenstein Sandler LLP and Munsch Hardt Kopf & Harr, P.C. to serve as co-counsel on August 7, 2025—***the day before the Bid Deadline***—and Province LLC to serve as its financial advisor—***the day of the Bid Deadline***. The Committee's professionals worked expeditiously to review and analyze all of the bids that the Debtors received and participate in the August 11, 2025 auction for the Debtors' dental lab assets (the "Dental Labs").

2.      The Committee recognizes the necessity of an expedited sale process if the Debtors are to remain in chapter 11, confirm a plan of liquidation, and preserve and monetize estate claims and causes of action that could potentially realize millions of dollars in creditor recoveries. While the Committee does not oppose the sales of the Dental Labs, the Committee's professionals are still reviewing, among other things, (i) the proposed sale order(s); (ii) the various asset purchase agreements and other transaction documents, including to ensure that the estate's potentially valuable claims and causes of action are preserved for the Debtors' creditors; and (iii) most critically, whether the aggregate sale proceeds will be sufficient to fund a chapter 11 plan such that these cases can provide a benefit to ***all*** of the Debtors' stakeholders, including unsecured creditors who are collectively owed at least $160 million.

3. For these reasons, the Committee reserves all rights with respect to the proposed form of Sale Order(s) and related transaction documents. Moreover, the Committee reserves all rights to amend or supplement this Reservation of Rights, and to raise any objections to the relief sought by the Sale Motion at any time before or at the hearing thereon.

August 12, 2025

**MUNSCH HARDT KOPF & HARR, P.C.**
*/s/ Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
Brenda L. Funk
Texas Bar No. 24012664
700 Milam St., Suite 800
Houston, TX 77002
Phone: (713) 222-1470
Fax: (713) 222-1475
E-mail: dperry@munsch.com
E-mail: bfunk@munsch.com

**LOWENSTEIN SANDLER LLP**
Eric Chafetz (admitted *pro hac vice*)
Daniel B. Besikof (admitted *pro hac vice*)
Gianfranco Finizio (admitted *pro hac vice*)
Eric James Seltzer (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 262-6700
Fax: (212) 262-7402
E-mail: echafetz@lowenstein.com
E-mail: dbesikof@lowenstein.com
E-mail: gfinizio@lowenstein.com
E-mail: eseltzer@lowenstein.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of August, 2025, she caused a true and correct copy of the foregoing Reservation of Rights to be served electronically on those parties requesting electronic service through the Court's ECF system.

>*/s/ Deborah M. Perry*
>Deborah M. Perry
>Texas Bar No. 24002755