| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | | | Case Number | |
|---|---|---|---|---|
| | | | | |
| | | *versus* | | |
| | | | | |

This lawyer, who is admitted to the State Bar of _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | |
|---|---|

Seeks to appear as the attorney for this party:

| |
|---|
| |
| Dated:                Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated:                Signed: _____<br>                                   Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States Bankruptcy Judge