**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DESKTOP METAL, INC., | ) | Case No. 25-90268 (cml) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that Trey A. Monsour of the law firm Fox Rothschild LLP  and

William D. Curtis and Halee M. Smith of the law firm Moore & Van Allen PLLC hereby appear

as counsel for Specialty Appliances, LLC ("Specialty") in the above-captioned Chapter 11 case.

The undersigned hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and

Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings

pursuant to Bankruptcy Rules 9010 and 2002.  All such notices should be addressed as follows:

Trey A. Monsour
Fox Rothschild LLP
2501 N. Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 231-5796
Email: tmonsour@foxrothschild.com

and

William D. Curtis
Halee M. Smith
Moore & VanAllen
100 North Tryon St., Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Email: williamcurtis@mvalaw.com
Email: haleesmith@mvalaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a consent by Specialty to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of Specialty's (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge: (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Specialty is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Specialty expressly reserves.

Dated: August 12, 2025

FOX ROTHSCHILD, LLP

  /s/ *Trey A. Monsour*
Trey A. Monsour, Esq. (Tex. Bar No. 14277200)
Fox Rothschild LLP
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX  75201
Telephone: (214) 231-5796
Facsimile: (972) 404-0516
E-mail: tmonsour@foxrothschild.com
*Local Counsel for Specialty Appliances, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on August 12, 2025 via the Court's CM/ECF electronic filing system on those parties registered to receive such notice, and electronic email transmission as shown below.

Debtor's Counsel: Benjamin Lawrence Wallen; bwallen@pszjlaw.com

U.S. Trustee: Vianey Garza; vianey.garza@usdoj.gov

Counsel to Creditor Committee: Brenda Lynn Funk; bfunk@munsch.com

Counsel to Creditor Committee: Deborah Michelle Perry; dperry@munsch.com

*/s/ Trey Monsour*
Trey A. Monsour
Tex. Bar No. 14277200