**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DESKTOP METAL, INC., *et al.*,[1] | ) Case No. 25-90268 (CML) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 197** |

**PRELIMINARY OBJECTION OF THE AD HOC GROUP OF SECURED AND CONVERTIBLE NOTEHOLDERS TO DEBTORS' FIRST AMENDED AND RESTATED COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION**

The Ad Hoc Group of Secured and Convertible Noteholders (the "Ad Hoc Group"), by and through its undersigned counsel, hereby submits this preliminary objection (the "Objection") to the *First Amended and Restated Combined Disclosure Statement and Plan of Liquidation of Desktop Metal, Inc. and Its Affiliated Debtors under Chapter 11 of the Bankruptcy Code* [Docket No. 212] (as amended and restated, the "Plan"). In support of hereof, the Ad Hoc Group respectfully states as follows:

The Ad Hoc Group opposes the Debtors' releases presently contemplated in the Plan.[2] The Ad Hoc Group has particular concerns with the scope of entities/individuals and causes of action covered by those releases, which would extinguish potentially valuable claims relating to, among

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of their respective federal tax identification numbers are: Adaptive3D LLC (3990); Adaptive 3D Technologies, LLC (5893); Beacon Bio, Inc. (9005); Brewer Tafla Dental Technologies, LLC (6452); Dental Arts Laboratories, Inc. (8905); Desktop Labs, Inc. (5344); Desktop Metal Operating, Inc. (7659); Desktop Metal Securities Corporation (9007); Desktop Metal, Inc. (4042); EnvisionTEC US LLC (2483); ExOne Americas LLC (3443); ExOne Operating, LLC (8851); Figur Machine Tools LLC (2489); Larry Brewer Dental Lab Inc. (0215); May Dental Arts, LLC (8558); and The Syzygy Memory Plastics Corp. (8063). The location of the Debtors' corporate headquarters and the Debtors' service address is: 63 Third Avenue, Burlington, MA 01803.

[2] By agreement with the Debtors, the members of the Ad Hoc Group voted in favor of the Plan, generally support the Plan, and file this this Objection solely as to the proposed releases in the Plan. The Debtors have agreed that they will not argue that the Ad Hoc Group's vote in favor of the plan bars, precludes, or otherwise has any prejudicial effect on the Ad Hoc Group's ability to object to the Plan's proposed releases.

other things, the merger that precipitated the filing of these Chapter 11 cases.  What's more:  the Ad Hoc Group understands that the Debtors intend to amend the Plan releases to *expand* their reach, in a manner that the Ad Hoc Group believes will do even more harm to these estates.

The Ad Hoc Group firmly believes that the Debtors cannot meet their burdens under section 1123 of the Bankruptcy Code or Bankruptcy Rule 9019 to demonstrate that the Plan's proposed releases – as currently formulated (much less as expanded) – are fair and permissible.  The Ad Hoc Group expects that the evidence will show that the Debtors are gifting away such releases for zero consideration, without having conducted any investigation into the merits of the claims being released.

That being said, the Ad Hoc Group and the Debtors are presently engaged in active negotiations to address the deficiencies in the Plan releases.  Most recently, the Ad Hoc Group proposed a carve-out to the releases that ensures that certain valuable claims are retained, and also demanded various forms of consideration from certain released parties that, we believe, will justify some of the releases the Debtors propose (or will propose).

Given the ongoing dialogue, the Debtors have asked the Ad Hoc Group to file only this preliminary objection, which is consistent with the Court's directive that it be advised of the Ad Hoc Group's objection, if any, on this date.  In the event no resolution is reached with the Debtors, the Ad Hoc Group is prepared to file a more fulsome objection by the objection deadline on September 9, 2025, which will set forth in more detail the bases of its objection.

The Ad Hoc Group expressly reserves all rights with respect to the Plan including the right to amend or supplement this Objection, file supplemental objections, and introduce evidence supporting this Objection at the Confirmation Hearing or any other hearings related to the Plan.

Nothing contained herein shall constitute a waiver of any of the rights or remedies of the Ad Hoc Group, each of which is expressly reserved.

Dated:  September 5, 2025
       Houston, Texas

*/s/ Charles Persons*

**PAUL HASTINGS LLP**
Charles Persons (TX Bar No. 24060413)
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:  (972) 936-7500
Facsimile:  (972) 936-7501
Email:  charlespersons@paulhastings.com

-and-

Daniel A. Fliman (admitted *pro hac vice*)
Ryan P. Montefusco (admitted *pro hac vice*)
Isaac S. Sasson (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:   danfliman@paulhastings.com
            ryanmontefusco@paulhastings.com
            isaacsasson@paulhastings.com

*Counsel to the Ad Hoc Group of Secured and Convertible Noteholders*

**Certificate of Service**

       I certify that on September 5, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Charles Persons*
                                                 Charles Persons