**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| DESKTOP METAL, INC., *et al*., | Case No. 25-90268 (CML) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' NOTICE OF HEARING SCHEDULED FOR**
**SEPTEMBER 30, 2025 AT 1:00 P.M. (PREVAILING CENTRAL TIME)**
(Related Docket No. 356, 384, and 390)

**PLEASE TAKE NOTICE** that on July 28, 2025, the above-referenced debtors and debtors in possession (the "Debtors") commenced these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that on August 18, 2025, the Court entered the *Order (I) Granting Interim Approval of the Adequacy of Disclosures in the Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the forms of Ballots; and (V) Granting Related Relief* [Docket No. 211] (the "Conditional Order"), which among other things, set a hearing for September 11, 2025 (the "Confirmation Hearing") to consider confirmation of the Plan (defined below).

**PLEASE TAKE FURTHER NOTICE** that on September 10, 2025, the Debtors filed their *Second Amended and Restated Combined Disclosure Statement and Plan of Liquidation of Desktop Metal, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 290] (as may be amended or supplemented from time to time, collectively with all exhibits thereto, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that on September 11, 2025, the Court entered the *Stipulation and Agreed Order Extending the Budget Period and Debtors' Authority to Use Cash Collateral Under the Second Interim Order (A) Authorizing the Use of Cash Collateral, (B)Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [Docket No. 330] (the "Further Interim Cash Collateral Order").

**PLEASE TAKE FURTHER NOTICE** that on September 18, 2025, the Debtors filed their Debtors' Emergency Motion for Entry of an Order (I) Approving Asset Marketing Agreement with Arc Impact Acquisition Corp.; (II) Authorizing the Sale of Inventory Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Docket No. 361] (the "Asset Marketing Motion").

**PLEASE TAKE FURTHER NOTICE** that on September 24, 2025, the Debtors filed a *Notice of Continuance of Hearing Set for September 25, 2025 at 10:00 a.m. (Prevailing Central Time)* [Docket No.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Adaptive3D LLC (3990); Adaptive 3D Technologies, LLC (5893); Beacon Bio, Inc. (9005); Brewer Tafla Dental Technologies, LLC (6452); Dental Arts Laboratories, Inc. (8905); Desktop Labs, Inc. (5344); Desktop Metal Operating, Inc. (7659); Desktop Metal Securities Corporation (9007); Desktop Metal, Inc. (4042); EnvisionTEC US LLC (2483); ExOne Americas LLC (3443); ExOne Operating, LLC (8851); Figur Machine Tools LLC (2489); Larry Brewer Dental Lab Inc. (0215); May Dental Arts, LLC (8558); and The Syzygy Memory Plastics Corp. (8063). The location of the Debtors' corporate headquarters and the Debtors' service address is: 63 Third Avenue, Burlington, MA 01803.

4927-4239-7548.1 18041.00002

390], concerning the matters set forth in the Agenda [Docket No. 384] continuing the hearing to either September 29, 2025 or September 30, 2025, at a time to be determined and separately noticed by the Debtors.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the confirmation of the Debtors' Plan, the Further Interim Cash Collateral Order and the Asset Marketing Motion is set for **September 30, 2025 at 1:00 p.m. (Prevailing Central time)** (the "Hearing") before Judge Christopher M. Lopez.

PLEASE TAKE FURTHER NOTICE that you may participate in the hearing in person or by audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

PLEASE TAKE FURTHER NOTICE that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez' homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance. All documents filed in this chapter 11 case are available free of charge by visiting https://cases.ra.kroll.com/DesktopMetal. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: September 26, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Benjamin L. Wallen*

Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
gdemo@pszjlaw.com

*Counsel to the Debtors and*
*Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on September 26, 2025, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Benjamin L. Wallen
Benjamin L. Wallen