IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>DESKTOP METAL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90268 (CML)<br><br>(Jointly Administered) |

**NOTICE OF (I) CONFIRMATION AND OCCURRENCE OF EFFECTIVE
DATE OF DEBTORS' PLAN OF LIQUIDATION; (II) DEADLINES FOR
FILING CERTAIN CLAIMS AND REQUESTS FOR PAYMENT; (III) IDENTITY
OF PLAN ADMINISTRATOR; AND (IV) IDENTITY OF LITIGATION TRUSTEE**

**(Related Docket No. 408)**

**PLEASE TAKE NOTICE** of the following:

1. <u>Confirmation and Occurrence of Effective Date</u>.  On September 30, 2025 the United States Bankruptcy Court for the Southern District of Texas (the "<u>Bankruptcy Court</u>") entered an Order confirming, pursuant to section 1129 of the Bankruptcy Code, the *Third Amended and Restated Combined Disclosure Statement and Plan of Liquidation of Desktop Metal, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* (as amended and supplemented from time to time, collectively, with all exhibits, supplements, and schedules thereto, the "<u>Plan</u>"), which was attached as <u>Exhibit A</u> to the *Order Granting Final Approval of Disclosure Statement and Confirming Plan of Liquidation of Desktop Metal, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 408] (the "<u>Confirmation Order</u>").[2]  The Effective Date, as defined in the Plan, occurred on **September 30, 2025**.  Among the other provisions of the Plan and the Confirmation Order, the release, exculpation, and injunction provisions of the Plan are now in full force and effect.

2. <u>Identity of the Plan Administrator</u>.  Pursuant to, *inter alia*, paragraph 13 of the Confirmation Order, the identity of the Plan Administrator shall initially be Province Fiduciary Services, LLC

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Adaptive3D LLC (3990); Adaptive 3D Technologies, LLC (5893); Beacon Bio, Inc. (9005); Brewer Tafla Dental Technologies, LLC (6452); Dental Arts Laboratories, Inc. (8905); Desktop Labs, Inc. (5344); Desktop Metal Operating, Inc. (7659); Desktop Metal Securities Corporation (9007); Desktop Metal, Inc. (4042); EnvisionTEC US LLC (2483); ExOne Americas LLC (3443); ExOne Operating, LLC (8851); Figur Machine Tools LLC (2489); Larry Brewer Dental Lab Inc. (0215); May Dental Arts, LLC (8558); and The Syzygy Memory Plastics Corp. (8063). The location of the Debtors' corporate headquarters and the Debtors' service address is: 63 Third Avenue, Burlington, MA 01803.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.  For the avoidance of doubt, to the extent of any conflict between the terms of this Notice and the terms of the Plan and Confirmation Order, the terms of the Plan and Confirmation Order, as applicable, shall control.

3. <u>Identity of Litigation Trustee</u>. Pursuant to, *inter alia*, paragraph 16 of the Confirmation Order, the identity of the Litigation Trustee shall initially be Stephen Sorenson.

4. <u>Bar Dates and Deadlines</u>:

    a. <u>Rejection Bar Date</u>. All proofs of claim with respect to Claims arising from the rejection of executory contracts or unexpired leases pursuant to the Confirmation Order must be filed with the Bankruptcy Court so as to be actually received on before **October 30, 2025** (the "<u>Rejection Bar Date</u>"). Any Claim arising from the rejection of an executory contract or unexpired lease pursuant to the Confirmation Order that is not filed within such time will be subject to objection. All such Claims for which Proofs of Claim are timely and properly filed and ultimately Allowed will be treated as General Unsecured Claims subject to the provisions of, *inter alia*, Section X.G of the Plan.

    b. <u>Administrative Expense Bar Date</u>. Except as otherwise provided by the Confirmation Order or the Plan, all requests for payment of Administrative Claims (other than Professional Fee Claims) that arose on or after July 28, 2025 (the Petition Date), shall be filed with the Bankruptcy Court so as to be actually received on or before **October 30, 2025** (which is the first business day at least 30 days after the Effective Date). Holders of Administrative Claims that are required to file and serve a request for payment of such Administrative Claims and that do not file and serve such a request by the Administrative Expense Bar Date shall be forever barred from asserting such Administrative Claims against the Debtors, the Estates, the Plan Administrator, the Litigation Trust, or their respective property.

    c. <u>Professional Fee Claims Deadline</u>. Pursuant to the Plan, the deadline to file final requests for payment of Professional Fee Claims in accordance with Section VIII.C of the Plan, is **November 14, 2025** (which is 45 days after the Effective Date) (the "<u>Professional Fee Claims Deadline</u>").

5. <u>Binding Effect</u>. The provisions of the confirmed Plan shall bind the Debtors, the Administration Trust, the Plan Administrator, the Litigation Trust, the Litigation Trustee, any Entity acquiring property under the Plan, any Beneficiary, and any Creditor or Interest Holder, whether or not such Creditor or Interest Holder has filed a Proof of Claim or Interest in the Chapter 11 Cases, whether or not the Claim of such Creditor or the Interest of such Interest Holder is impaired under the Plan, and whether or not such Creditor or Interest Holder has accepted or rejected the Plan.

6. <u>Access to Documents</u>. Copies of the Plan, the Confirmation Order, and any other related documents are available for inspection on the Court's website at https://www.txs.uscourts.gov/page/bankruptcy-court, or free of charge on the Debtors' restructuring website at https://cases.ra.kroll.com/desktopmetal/Home-Index.

Dated:   September 30, 2025        **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Benjamin L. Wallen*
Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (admitted *pro hac vice* )
Gregory V. Demo (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
gdemo@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2025, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen